No. 69–3. PARK *v.* GEORGIA. Sup. Ct. Ga.

No. 69–5004. HURST *v.* ILLINOIS ET AL. Sup. Ct. Ill.

No. 69–5005. LOKOS *v.* ALABAMA. Sup. Ct. Ala.

No. 69–5006. SULLIVAN *v.* GEORGIA. Sup. Ct. Ga.

No. 69–5007. FESMIRE *v.* OKLAHOMA. Ct. Crim. App. Okla.

No. 69–5008. DUISEN *v.* MISSOURI. Sup. Ct. Mo.

No. 69–5010. THOMAS *v.* FLORIDA. Sup. Ct. Fla.

No. 69–5011. WALKER *v.* NEVADA. Sup. Ct. Nev.

No. 69–5013. MEFFORD *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir.

No. 69–5014. DAVIS *v.* CONNECTICUT. Sup. Ct. Conn.

No. 69–5015. MANOR *v.* GEORGIA. Sup. Ct. Ga.

No. 69–5018. EATON *v.* OHIO. Sup. Ct. Ohio.

No. 69–5023. IRVING *v.* MISSISSIPPI. Sup. Ct. Miss.

No. 69–5024. PARAMORE *v.* FLORIDA. Sup. Ct. Fla.

No. 69–5025. KELBACH ET AL. *v.* UTAH. Sup. Ct. Utah.

No. 69–5027. CUMMINGS *v.* GEORGIA. Sup. Ct. Ga.

No. 69–5028. WILLIAMS *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. Sup. Ct. Va.

No. 69–5029. EUBANKS *v.* OHIO. Sup. Ct. Ohio.